United States District Court
Southern District of Texas
**ENTERED**
August 16, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| RICHARD SCOTT SHAFER, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 2:21-CV-040 |
| § | |
| MICHAEL RUTLEDGE, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Thomas Twiss's "Answer" (D.E. 37), seeking additional time to pay the filing fee for this action. The Court STRIKES the request (D.E. 37) because the Court reinstated this case on Plaintiff Richard Scott Shafer's motion, only as it pertains to Plaintiff Richard Scott Shafer—individually, and not as a class action. Pursuant to the findings and conclusions contained in the Court's Order Adopting Memorandum and Recommendation (D.E. 21), the Court again ORDERS that Plaintiffs' Motion to Certify Plaintiffs in a Class (D.E. 6) is DENIED and the claims of Plaintiff Twiss are DISMISSED WITHOUT PREJUDICE.

ORDERED this 16th day of August, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE